**95–1641.** State v. Melody. *Wyandot County,* No. 16–95–3. *Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *infra;* briefing schedule stayed.

RESNICK, J., dissents.

**95–1802.** State v. Schaffner. *Auglaize County,* No. 2–95–23. On motion to consolidate with 95–1271, *State v. Miller,* Auglaize County, No. 2–94–32; 95–1303, *State v. Smith,* Auglaize County, No. 2–95–3; 95–1304, *State v. Brown,* Auglaize County, No. 2–95–6; 95–1305, *State v. Roth,* Auglaize County, No. 2–95–4; 95–1307, *State v. Bayman,* Auglaize County, No. 2–95–7; 95–1805, *supra;* 95–1806, *infra;* and 95–1807, *supra. Sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

RESNICK, J., would grant the motion to consolidate.

**95–1806.** State v. Viera. *Auglaize County,* No. 2–95–25. *Sua sponte,* cause consolidated with 95–1807, *supra,* and held for the decision in 95–1377 and 95–1466, *supra;* briefing schedule stayed.

**95–1837.** State v. Thomas. *Athens County,* No. 94CA1608. Discretionary appeal allowed; *sua sponte,* cause consolidated with 95–1938, *supra.*

DOUGLAS, J., would allow on Proposition of Law No. II only.

PFEIFER, J., dissents.

**95–1908.** State v. Waits. *Butler County,* No. CA95–02–027. On motion to consolidate case with 95–1377 and 95–1466, *supra. Sua sponte,* discretionary appeal allowed and cause held for the decision in 95–1377 and 95–1466; briefing schedule stayed.

**95–1909.** State v. Sims. *Butler County,* Nos. CA94–12–215, CA94–12–217, CA95–02–025, CA95–02–033 and CA95–04–064. On motion to consolidate case with 95–1377 and 95–1466, *supra. Sua sponte,* discretionary appeal allowed and cause held for the decision in 95–1377 and 95–1466; briefing schedule stayed.